```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   WILLIAM HARDY                    CIVIL ACTION

 5                                    NO. 09-3189

 6   versus                          SECTION "I"

 7                                    MAGISTRATE 4

 8   SHELL OIL COMPANY AND
     SHELL CHEMICAL LP

 9

10                    DEPOSITION OF WILLIAM M. HARDY,

11   given in the above-entitled cause, pursuant to

12   the following stipulation, before Raynel E.

13   Schule, Certified Shorthand Reporter in and for

14   the State of Louisiana, at the Law Offices of

15   Dan M. Scheuermann, 600 America Street, Baton

16   Rouge, Louisiana, 70802, commencing at 10:35

17   o'clock a.m., on Monday, the 23rd day of

18   November, 2009.

19

20

21

22

23

24

25
```

ORIGINAL

EXHIBIT
"A"

S T I P U L A T I O N

1
2          It is stipulated and agreed by
3   and among Counsel for the parties hereto that
4   the deposition of WILLIAM M. HARDY is hereby
5   being taken pursuant to the Federal Rules of
6   Civil Procedure for all purposes in accordance
7   with law;
8          That the formalities of reading and
9   signing are not specifically waived;
10         That the formalities of sealing,
11  certification, and filing are hereby
12  specifically waived.
13         That all objections, save those as to
14  the form of the question and responsiveness of
15  the answer, are hereby reserved until such time
16  as this deposition or any part thereof is used
17  or sought to be used in evidence.
18              *  *  *  *  *
19         Raynel E. Schule, Certified
20  Shorthand Reporter in and for the State of
21  Louisiana, officiated in administering the oath
22  to the witness.
23
24
25

```
 1   Q.   Okay.  Me too.
 2        Do you think any of those medications would
 3        impact your ability to understand the
 4        questions and give me truthful responses?
 5   A.   To the best of my knowledge, no.
 6   Q.   All right.  Will you give us your full
 7        name, please.
 8   A.   My full name is William Merrill Hardy, II.
 9   Q.   And what is your date of birth?
10   A.   8-18-1949.
11   Q.   Can you tell me what you did to get ready
12        for the deposition today.
13   A.   Well, I tried to get a good night's sleep,
14        looked over some notes last night, tried to
15        go through some of the documents over this
16        past weekend.  Didn't spend a whole lot of
17        hours doing it, but that was my prep.
18   Q.   The notes that you talked about, are those
19        your notes?
20   A.   Those are all my notes.
21   Q.   Are they notes that -- I don't know if you
22        will know the answer to this question, but
23        are they notes that have been produced to
24        us in this lawsuit?
25   A.   I believe you have a copy of most of the
```

1           up.  I'm under the impression that you last

2           worked for Shell Chemical in early April of

3           2008.  Is that correct?

4    A.     April the 4th to be more precise, I

5           believe.

6    Q.     Okay, and I think, and I might have gotten

7           it wrong, but I think you just testified

8           that you had left Baton Rouge August 15th

9           of 2007.  Did you mean --

10   A.     I'm sorry, 2008.  Excuse me.  My mistake.

11   Q.     No problem.  I just wanted to clarify that.

12          Where did you go August 15th of 2008 when

13          you left Baton Rouge?

14   A.     We moved to Port Huron, Michigan.

15   Q.     Did you stay there the entire time between

16          August 15th of 2008 and October 20th of

17          2009?

18   A.     Yes, we did.

19   Q.     And I don't know Michigan geography too

20          well, but what part of the state is Port

21          Huron in?

22   A.     It is right on the border with Canada and

23          right where Lake Huron empties into the St.

24          Clair River.

25   Q.     Why did you move to Port Huron?

```
 1   Q.   Yep.  Let's go back so I'm sure I
 2        understand.  Is it your opinion that the
 3        Grade 5 freeze was based on age?
 4   A.   That is my opinion.
 5   Q.   Tell me all the reasons that support your
 6        opinion.
 7   A.   Well, it was the general climate that
 8        seemed to be prevailing at the plant at the
 9        time, and that there was an environmental
10        manager -- and this is in some of my
11        complaint documents as well, there was an
12        environmental manager, and I will not be
13        able to tell you all their -- their -- I
14        will recall as many as I can.  There was an
15        environmental manager that was over 55, and
16        she was severed, and that was in 2007.
17        Then we have the -- the instance that we
18        have just gone over, the freezing of the
19        Grade 5 individuals, and there were some
20        other instances.  I would need the
21        documents to go back through them that lead
22        me to believe age discrimination was a --
23        was a prevalent occurrence at the plant at
24        the time.
25   Q.   Can you give us the name of this
```

```
 1        environmental manager?
 2   A.   No, I cannot.
 3   Q.   Can you tell us who she reported to?
 4   A.   I believe she reported directly to the
 5        Plant Manager.
 6   Q.   Which would have been who at that time?
 7   A.   I don't recall at this time, but I do have
 8        -- I do have that in my notes.
 9   Q.   Is there --
10   A.   The date that that conversation occurred.
11   Q.   What conversation?
12   A.   The conversation with Mark Weber discussing
13        this particular individual.
14   Q.   So you found out about this female
15        environmental manager from Mr. Weber?
16   A.   No, I did not.  It was just known at the
17        plant when she was dismissed.
18   Q.   What do you mean by that?
19   A.   It -- you -- you know I heard this from
20        someone in the hallway, but she was there
21        no more.  So it was a fact.
22   Q.   Have you ever talked to her, whoever she
23        is?
24   A.   I have not talked to her directly, no.
25   Q.   Have you ever talked to the people who made
```

```
 1          the decision, assuming there was one, to

 2          severe her?

 3   A.     No, I have not.

 4   Q.     Do you have any personal knowledge of the

 5          reasons why the lady was not there anymore?

 6   A.     No personal knowledge, no.

 7   Q.     Has anybody suggested to you that she is

 8          not there anymore because of her age?

 9   A.     No, they have not.

10   Q.     Have you seen any documents that suggest to

11          you that she is not there because of her

12          age?

13   A.     No, I have not.

14   Q.     Can you tell us who told you this story in

15          the hall?

16   A.     No, I cannot.  It came from at least more

17          than one source.  I have -- I have the

18          occurrence in my notes of the time frame in

19          which it occurred.

20   Q.     I think earlier you said something about

21          looking into some situations, and I guess

22          this environmental -- environmental manager

23          was one of those situations?

24   A.     Could you rephrase the question, please.

25   Q.     Yes.  When I was asking you about the Grade
```

```
 1        5 freeze, and I asked you for the reasons
 2        why you believed it had something to do
 3        with age, you started out telling me that,
 4        you know, you concluded that in part
 5        because of some situations you had looked
 6        into or words to that effect.  You recall
 7        that now?
 8   A.   I believe I recall that.
 9   Q.   What other situations had you looked into?
10   A.   I don't recall at this time.  I have -- I
11        have it in my notes.  Perhaps if you can
12        supply the document I could refresh my
13        memory.
14   Q.   Well, I'm not sure I know which document it
15        is since you gave us 4600 pages of stuff,
16        but we'll maybe address that later.  You
17        described a general climate at the
18        facility.  Tell me what the general climate
19        was.
20   A.   Well, due to the occurrences that I
21        mentioned and others that -- that I have
22        not mentioned yet, the Grade 5 situation
23        and the environmental manager, what was
24        occurring to myself, what was occurring to
25        one of the other of my associates, and this
```

```
 1        gentleman's name was Trevor Taylor.  He was

 2        an immigrant from Jamaica.  We were both

 3        experiencing the same sort of pressure and

 4        harassment from the immediate supervision

 5        and the supervision above that, and then

 6        there was the secretary, our secretary,

 7        Stephanie Brignac, who reportedly had to

 8        leave work because of a nervous breakdown.

 9        She was over 50 as well as was Trevor

10        Taylor.

11   Q.   Any other situations?

12   A.   I'm sure there are other -- some other

13        situations that are in the documents that I

14        just don't recall at this time.

15   Q.   Do you draw any connection between the

16        Grade 5 freeze and your termination?

17   A.   I would say that in -- that I believe there

18        was a connection.

19   Q.   Okay.  Explain to me what the connection is

20        in your mind.

21   A.   In my mind, there was an effort to

22        eliminate as many older workers as possible

23        from the plant.

24   Q.   And what do you mean by "older"?

25   A.   At least over 50, more particularly over
```

```
 1        55.
 2   Q.   And why did you focus on those two date --
 3        those two ages, 50 and 55?
 4   A.   That seemed to be the population that was
 5        targeted.
 6   Q.   And who was targeting these people?
 7   A.   I would say it would be the local
 8        management potentially, but I also believe
 9        it to be occurring at a much higher level
10        than that.
11   Q.   Let's talk first about local management.
12        Who were you referring to when you used the
13        term "local management"?
14   A.   In -- more particularly I would think
15        Susanne -- Susanne Karst came to the scene
16        a little bit, but Tammy Little I believe
17        was targeting older individuals.
18   Q.   Anybody else?
19   A.   You mean that was targeting or was --
20   A.   That was doing --
21   A.   -- responsible for targeting?
22   Q.   Yes.
23   A.   I believe that Tom Regetz had something to
24        do with these issues and other potentially
25        unnamed higher management.
```

```
1    Q.    Okay.  Do you know how to spell Regetz?

2    A.    R-e-g-e-t-z I believe.

3    Q.    I don't know what you mean by "potentially

4          unnamed higher management."  I'm trying to

5          get at the group of people that you think

6          was targeting older workers.  So I want all

7          the names that you believe were doing that.

8          You told me Tammy Little and Tom Regetz.

9    A.    Well, the documents were not put in our

10         possession so that we could identify those

11         individuals.

12   Q.    So does that mean that's the only names you

13         can give me?

14   A.    That's the only names I can give you at

15         this time.

16   Q.    When you say, "They were not put in our

17         possession," who due mean by "our"?

18   A.    Counsel and myself.

19   Q.    You also refer to higher-level management

20         supposedly targeting older workers.  Who

21         are you referring to?

22   A.    Well, as I mentioned possibly Tom Regetz,

23         but this -- you know, this is an ongoing

24         thing to try to determine who is

25         responsible for some of this -- this wide
```

```
1        spread -- what I believe is wide spread age

2        discrimination.

3   Q.   All right.  Is there any other person

4        besides Tom Regetz who you consider in the

5        higher level that supposedly had an intent

6        to target older workers?

7   A.   I cannot identify them at this time.

8   Q.   Where does Tom Regetz work?

9   A.   I believe Tom Regetz works in Houston, out

10       of Houston.

11  Q.   What is his position?

12  A.   I believe he is a Vice President of some

13       downstream operation.  I am not sure of the

14       exact title that he currently holds today.

15  Q.   What title did he have when you were

16       employed by the company?

17  A.   Downstream Operations Manager, but I --

18       that's the best I can recall.

19  Q.   Did you have any dealings with Mr. Regetz?

20  A.   Not personally.

21  Q.   Why is it that you attribute this targeting

22       motive to him?

23  A.   Because initially I thought this was all

24       the result of Tammy Little, but as I see

25       some more wide spread or in my mind wide
```

1      spread age discrimination that I believe

2      that it cannot only be just Tammy Little,

3      that it comes from other sources above her,

4      especially in light of the current packages

5      that are being offered to retirees.

6   Q. So you have reached the opinion that there

7      must be somebody above Tammy Little, so why

8      go to Regetz?

9   A. Regetz right now has the reputation for

10     influencing a lot of the plant decisions

11     that are made both in Norco and Convent,

12     and Convent seemed to go under the same

13     sort of occurrences.

14  Q. And, where -- where is this -- where are

15     you getting the belief that Mr. Regetz has

16     such a reputation?  Who is telling you

17     that?

18  A. I have no firm sources other than, you

19     know, some Internet sites and some personal

20     acquaintances.  So there's no firm

21     information that that is indeed true.

22  Q. What personal acquaintances?

23  A. I have a close friend, Keith Jacobs.

24  Q. Any other personal acquaintances that have

25     suggested this to you about Mr. Regetz?

```
 1   A.     Nothing comes to my mind.  The Regetz
 2          suggestion did not come -- the Regetz
 3          suggestion came from personal acquaintances
 4          at the plant, which I just don't remember
 5          right now and also some Internet sites.
 6   Q.     What Internet sites?
 7   A.     There's a site called Shell blog.
 8   Q.     Can you tell me what the website address
 9          is?
10   A.     No, but if you Google that I believe you
11          will be able to find it.  It's --
12   Q.     Have you ever posted on the Shell blog?
13   A.     I have not.
14   Q.     Do you know who runs the Shell blog?
15   A.     I believe Mr. Donavon runs the Shell blog.
16   Q.     What's his first name?
17   A.     I don't recall at this time.
18   Q.     Is he a former employee?
19   A.     He is a former employee or former
20          contractor.
21   Q.     How did you come across this Shell blog
22          site?
23   A.     A friend told me about it.
24   Q.     Who?
25   A.     Keith Jacobs.
```

```
 1    Q.    Have you ever had any dealings with Mr.

 2          Donavon?

 3    A.    No, I have not.

 4    Q.    How do you know Keith Jacobs?

 5    A.    I worked with Keith until he retired.

 6    Q.    What was Keith's position?

 7    A.    Keith was an analyzer specialist.

 8    Q.    Same position that you had?

 9    A.    No.  Keith was more -- one of the Grade

10          Type 5 type analyzer specialists.

11    Q.    Okay, and when did he retired?

12    A.    I'm thinking Keith probably retired in

13          2003, 2004.

14    Q.    Where does he live?

15    A.    He lives in Laplace.

16    Q.    How often do you talk to him?

17    A.    I communicate with him almost daily via --

18          via e-mail.

19    Q.    Does he believe that he was a victim of age

20          discrimination at --

21    A.    No, he does not.

22    Q.    How did -- what were you-all discussing

23          when he directed you to the Shell blog?

24    A.    Personal financial matters.

25    Q.    Related in any way to your company
```

```
 1   A.    It was in the north part of town.
 2   Q.    Okay.  Is there a name for it, the
 3         refinery?  Is it a refinery or --
 4   A.    Baton Rouge Chemical Plant.
 5   Q.    And why did you leave your employment with
 6         Exxon?
 7   A.    Because I was given a better possibility
 8         for employment by Shell along with a
 9         promotion.
10   Q.    Is that a job that you went out looking for
11         while you were still employed with Exxon?
12   A.    I don't recall at this time, but there was
13         mutual interest.
14   Q.    And what -- what did you consider to be the
15         promotion that you just described in the
16         new position at Shell Chemical?
17   A.    They were called the same position.  It was
18         the Senior Engineer at both plants, but
19         Senior Engineer with Shell has a different
20         meaning than a Senior Engineer with Exxon.
21   Q.    You considered it to be a higher level
22         position?
23   A.    It was according to the grading position.
24   Q.    Can you explain to me what an analyzer is.
25   A.    Yes, an analyzer is a complex
```

1    instrumentation device that can be compared

2    most directly probably to a small

3    laboratory where you -- the process

4    analyzers that are in the plant are an

5    extension of a laboratory analysis where

6    the materials that you're using that are

7    produced in the plant, you analyze those

8    materials.  Now, you can use the process

9    analyzer to help you control the plant by

10   doing a real time analysis of that material

11   and give you a better feedback of how your

12   plant is doing so that you can make changes

13   quicker so you can remain on spec.  These

14   devices are also key in -- in maintaining

15   environmental legal requirements on your

16   stack emissions, on your affluence to the

17   -- to the River.  Anything that can be

18   leaving your plant that's covered by

19   environmental regulation would -- could

20   possibly have a process analyzer associated

21   with it.  If you're buying material from

22   another supplier, you can use a process

23   analyzer to be a real time monitor of that

24   material on an every few minutes or some of

25   them maybe even a continuous basis.  This

1    analysis data is used typically with the

2    plant computing system and is used to -- to

3    run the plant more efficiently to meet

4    these environmental regulations and to do a

5    variety of other tasks associated with --

6    that the business requires in order to keep

7    running on a daily basis.

8  Q.  Who manufactures analyzers?

9  A.  The analyzers are manufactured by a broad

10   number of companies.  Many of them -- some

11   like Siemens, ABB, some of the more larger

12   companies, but they are also manufactured

13   by smaller companies too.  So there in

14   excess of probably 500 or a thousand

15   different manufacturers, potential

16   manufacturers of process analyzers.

17 Q.  And are there different types of analyzers?

18 A.  Yes, there are many different types of

19   analyzers.

20 Q.  So you might have one that's -- that's

21   evaluating fluid that is passing through

22   and another evaluating gas or vapor that's

23   passing through?

24 A.  That's correct.

25 Q.  And, does the analyzer itself show the

```
 1            probably I would say three to 400.
 2   Q.   And what did you consider your
 3        responsibility with those analyzers to be?
 4   A.   I had a two-page job description that
 5        described my exact responsibilities for
 6        providing technical assurance for those
 7        analyzers as well as being responsible for
 8        supplying specifications for replacement of
 9        those analyzers, new projects providing
10        technical expertise in evaluation to help
11        others use the analyzers and also install
12        projects.
13   Q.   Do you have that job description?
14   A.   I can -- it should have been supplied to
15        you in the documents.  If not, we can
16        supply that to you.
17   Q.   Who else at Shell Chemical worked with
18        analyzers on a regular basis?
19   A.   In more recent times, I was the only
20        individual at Shell Chemical that had a
21        sole analyzer responsibility.  The -- the
22        personnel -- the paraprofessionals had a
23        part-time responsibility for analyzers as
24        well as there were technicians in the plant
25        that actually maintained the devices, and
```

1        they would -- their time would be divided

2        between instrumentation and analyzers.

3    Q.  Your position was called analyzer

4        specialist?

5    A.  That's correct.

6    Q.  Now, you were -- you were not the person

7        who would actually take the device apart

8        and work on it?

9    A.  That's correct.

10   Q.  Who did that?

11   A.  That would either be the technicians

12       themselves with assistance with -- with the

13       paraprofessionals or myself guidance.

14   Q.  And who did the technicians -- we're

15       talking about -- were they called analyzer

16       technicians?

17   A.  They were called instrument technicians.

18   Q.  Who did they report to?

19   A.  They reported to their zone supervisors for

20       the different units at Shell Chemical.

21       That was their direct reports.

22   Q.  So each unit had a zone supervisor?

23   A.  Each unit had a zone supervisor.

24   Q.  And each unit had a certain number of

25       instrument techs?

```
 1   Q.   Were there any analyzer inspectors?
 2   A.   There was one analyzer inspector that was
 3        created after I had my first discussion,
 4        the forwarded documents describing my
 5        grievances, then an analyzer inspector was
 6        established for a short period of time.
 7   Q.   That would have been in 2007?
 8   A.   That would have been in 2007, correct.
 9   Q.   How many instrument inspectors were there?
10   A.   I would think in the neighborhood of six or
11        seven approximately.
12   Q.   And why do you call them paraprofessionals?
13   A.   That was the term that Shell used to
14        describe them.  They were former hourly
15        workers that had been promoted.
16   Q.   When you started with Shell Chemical, was
17        there more than one analyzer specialist?
18   A.   Yes.
19   Q.   How many were there?
20   A.   Three.
21   Q.   Three people in basically the same position
22        you were in?
23   A.   Basically, but when I started, I started to
24        work for Shell Oil.  I did not start to
25        work for Shell Chemical.
```

1    Q.    Okay.  Let's talk about that.  You started

2          -- all the time that you spent with either

3          Shell Chemical or Shell Oil was in Norco,

4          correct?

5    A.    That's correct.

6    Q.    And, you started in 1989?

7    A.    That's correct.

8    Q.    So what was your initial position?

9    A.    I was a Senior Engineer, Analyzer Engineer.

10   Q.    For which part of the operation in Norco?

11   A.    I did cover both chemical as well as

12         refining analyzers.

13   Q.    And why do you say that was Shell Oil?

14   A.    There was no separate Shell Chemical at

15         that time.

16   Q.    Was it not Motiva at that time?

17   A.    No, it was not Motiva at that time.  Motiva

18         was an entity that was created later on.

19   Q.    So when did you switch over to Shell

20         Chemical?

21   A.    I believe that was in -- and I've got that

22         on my resume as well.  I think that was,

23         like, in 1995 or six to the best of my

24         recollection, but the document would take

25         preference.

```
1   Q.    This might actually be a pretty good

2         breaking point, and it is -- well it is ten

3         minutes -- you know what, let's try to

4         cover a little bit more.  Let's try to

5         cover a little bit more.  You-all okay with

6         that?

7                   MR. SCHEUERMANN:

8                   Sure.

9   BY MR. McGOEY:

10  Q.    Okay.  Roughly, what were you making with

11        Shell Chemical at the time of your

12        termination?

13  A.    In the neighborhood of 120 to 130 I

14        believe, something like that.  I have got

15        those documents.

16  Q.    And, do I correctly understand that you

17        were out of work for about six months?

18  A.    A little over four months.

19  Q.    Okay.  So when did you first work again

20        after the termination with Shell Chemical?

21  A.    That was the August -- mid August that we

22        discussed.

23  Q.    Okay, and that was with Imperial?

24  A.    Correct.

25  Q.    And how did you find the position with
```

1        Imperial?

2    A.   Well, I had done an extensive job search

3         but -- and have presented those documents

4         to you, but this actually came from

5         personal acquaintances that had passed my

6         resume around, and it was more a personal

7         contact.

8    Q.   Who was it that put you in touch with

9         Imperial?

10   A.   John Slabtura.

11   Q.   Can you spell that?

12   A.   S-l-a-b-t-u-r-a.

13   Q.   Where does he work?

14   A.   He is -- works for Exxon.  He did work for

15        Exxon.  He just recently retired.

16   Q.   And, why did you take that position?

17   A.   I went to interview there, and I knew the

18        people that had worked there.  It was going

19        to be a good experience, a different

20        experience, but I felt like that was --

21        would help my future job possibilities.

22   Q.   And, what position did you take with them?

23   A.   I was more or less a consultant.

24   Q.   Doing what?

25   A.   Same work, analyzer engineering work.

```
 1    Q.    At a particular facility?

 2    A.    Yes.

 3    Q.    Where?

 4    A.    That was in Sarnia, Ontario, Imperial Oil

 5          Refinery and Chem Plant or complex.

 6    Q.    Were you the only analyzer focused person

 7          at that facility or were there others?

 8    A.    There were others.

 9    Q.    Roughly how many analyzers were involved at

10          that location?

11    A.    Probably three to 400.

12    Q.    Pretty similar to what you dealt with in

13          Norco?

14    A.    Smaller, somewhat smaller, but a more wide

15          variety of units.

16    Q.    And you remained there through what date?

17    A.    Through about -- on or about the 23rd of

18          October -- 25th of October I believe.

19    Q.    Of this year, of '09?

20    A.    Of '09.

21    Q.    And why did you stop working with Imperial?

22    A.    To take another position.

23    Q.    And if I have forgotten what you told me

24          earlier, I apologize, but what -- where are

25          you working now?
```

```
 1   A.    At the ExxonMobil facility here in Baton
 2         Rouge.
 3   Q.    Is that the same facility you worked at
 4         prior to Shell Chemical?
 5   A.    Similar.  They have been combined.  As I
 6         said, I worked for the chemical plant
 7         before.  Now the chemical plant and
 8         refinery have been combined.
 9   Q.    What is your position with Exxon?
10   A.    I am a staff engineer.
11   Q.    Is your work focused on analyzers?
12   A.    I am just beginning, so it will be, yes.
13   Q.    To whom do you report?
14   A.    I report to Robert Douglas (phonetic)?
15   Q.    And, roughly what are you being paid?
16   A.    165.
17   Q.    That's in the neighborhood of 30 to $40,000
18         more than you were making with Shell
19         Chemical at the time of your termination?
20   A.    That's correct.
21   Q.    What is your schedule with Exxon?
22   A.    Daily schedule.
23   Q.    Monday through Friday?
24   A.    Monday through Friday.
25   Q.    Do you like it so far?
```

```
 1   Q.   What did you get treated for in Michigan?

 2   A.   The hypertension and the acid reflux.

 3   Q.   Are you on blood pressure medication?

 4   A.   Yes.

 5   Q.   What is that called?

 6   A.   I'll give it to the court reporter.

 7   Q.   Sure.  I don't want to try to read it.

 8   A.   Triamt/Hctz, Maxzide.

 9   Q.   Maxzide --

10   A.   Yes.

11   Q.   -- does that sound like what you take?

12   A.   Yes.

13   Q.   All right, thanks.

14        Are you currently seeing a psychiatrist or

15        a psychologist?

16   A.   No, I am not.

17   Q.   Have you ever seen either of those?

18   A.   No, I have not.

19   Q.   Have you gotten any kind of counseling or

20        therapy?

21   A.   No, I have not.

22   Q.   What was your job grade when you first

23        started with Shell Chemical or Shell Oil?

24   A.   It would have been equivalent to a Job

25        Grade 4.
```

```
 1   Q.   At what point did you become a Job Grade 3?
 2   A.   That was in 1998.
 3   Q.   While you worked at Shell Chemical, did you
 4        have any outside employment?
 5   A.   Except for the Reserves, no.
 6   Q.   When you moved from a Job Grade 4 to a Job
 7        Grade 3, was there anything else that
 8        accompanied that change?  Were you
 9        promoted?  Were you transferred?
10   A.   I remained in the same position and just an
11        a salary increase.
12   Q.   And who was your supervisor at the time?
13   A.   I believe John Nagi, N-a-g-i.  I believe
14        that's the way it's pronounced -- spelled.
15   Q.   Was Mr. Nagi still working at Shell
16        Chemical when you were terminated?
17   A.   No, he was not.
18   Q.   Do you remember roughly when he left?
19   A.   I think it was around 2006.
20   Q.   And, what position did he hold at the time
21        that he left?
22   A.   I believe again he was in one of the mid-
23        level management positions.  I believe he
24        was responsible for certain areas of the
25        plant in terms of, you know, maintaining
```

```
 1          the material balance of the plant.
 2  Q.    I want to try to talk about your different
 3          supervisors over the years, and I don't
 4          want to go all the way back to the
 5          beginning of your history with the company.
 6          Let's -- let's try to go starting in 2000
 7          if we can.
 8  A.    Okay.
 9  Q.    All right.  You were an analyzer specialist
10          from that time all the way through the end
11          of your employment in 2008, correct?
12  A.    That's correct.
13  Q.    Who was your supervisor in the vicinity of
14          2000?
15  A.    They changed around I believe, but I
16          believe after I came back last, I believe
17          it was Max Medina I believe when I first
18          came back, yeah.
19  Q.    So actually when you say, "came back," is
20          that when you came back from Fort Benning
21          --
22  A.    Yes.
23  Q.    -- after 911?
24  A.    Yes.
25  Q.    All right.  So let's work from that time
```

1        frame forward.  So we're talking what, 2002
2        forward?
3   A.   Thereabouts, right.
4   Q.   All right.  So Max Medina was the first
5        supervisor?
6   A.   Uh-huh.
7   Q.   At some point did you have a different
8        supervisor?
9   A.   And then it went Max Medina, Nancy Hansen,
10       Tammy Little, Don Fowler, and Susanne Karst
11       plus there was another supervisor for two
12       months at the end of '07 while she was on
13       special assignment, about a three-month
14       period of time, and I'm sorry, I don't
15       remember her name.
16  Q.   How does Lynette Daffin sound?
17  A.   Lynette Daffin is correct.
18  Q.   So Lynette was in the picture briefly in
19       late 2007 while Susanne Karst was on
20       special assignment?
21  A.   That's right.
22  Q.   Max Medina, let's go back to him.  At what
23       point did you start reporting to Nancy
24       Hansen instead of Max Medina?
25  A.   I think that was around 2003, 2004, but

```
 1          I've got records.  I can -- I can come up
 2          with a better estimate than that.
 3     Q.   That's good enough for now.
 4     A.   But, yeah.
 5     Q.   Do you know why Mr. Medina stopped being
 6          your supervisor?
 7     A.   He went on special assignment.
 8     Q.   Was it outside of Norco?
 9     A.   No.  It was within Norco.
10     Q.   At the time -- and did Nancy Hansen
11          immediately assume the role of your
12          supervisor when Medina went on special
13          assignment?
14     A.   Yes.
15     Q.   At that point in time, did you remain in
16          the same office?
17     A.   Yes.
18     Q.   Did your duties remain the same?
19     A.   Yes.
20     Q.   Did your pay remain the same?
21     A.   Within the constraints of every -- of every
22          March there was a bonus payment, and there
23          was a normal raise cycle.
24     Q.   Okay.  Did you get along okay with Mr.
25          Medina?
```

```
 1   A.    Excellent.
 2   Q.    Did you have any problems with -- with the
 3         way he supervised your work?
 4   A.    No.
 5   Q.    Was Nancy Hansen already in the
 6         organization when she became your
 7         supervisor?
 8   A.    Yes, she was.
 9   Q.    What role was she holding prior to her
10         becoming your supervisor?
11   A.    She had always been, like, a section head
12         over instrumentation folks I believe, but I
13         think she had some lab duties as well.  I
14         really don't recall exactly what her
15         position was when she took over from Max
16         Medina.
17   Q.    Did you get along with her okay?
18   A.    Yes.
19   Q.    Did you have any problems with the way she
20         supervised your work?
21   A.    No.
22   Q.    Do you know why she ceased to be your
23         supervisor?
24   A.    I think that was the reorganization that
25         occurred around August of 2004, and there
```

```
 1           was a -- either that or she posted out.   I

 2           don't remember.

 3    Q.     All right.   Did Tammy Little become your

 4           supervisor immediately on the heels of

 5           Nancy Hansen ceasing to be your supervisor?

 6    A.     Initially.

 7    Q.     Was Tammy Little already within the

 8           organization at Norco?

 9    A.     No, she was not.

10    Q.     Do you know where she came from?

11    A.     She came from the product organization I

12           think serving some function in the product

13           benzene that we sell.

14    Q.     And how long did Ms. Little supervise you

15           before Don Fowler became your supervisor?

16    A.     Roughly maybe three months.

17                (Interruption in proceedings.)

18    BY MR. McGOEY:

19    Q.     So the three months that Ms. Little

20           supervised you in 2004 would be right there

21           sort of at the end of the year?

22    A.     Correct.

23    Q.     During that time frame, did you have any

24           difficulties with Ms. Little?

25    A.     Yes.
```

```
 1          different than the old analyzers, and there
 2          was just so much coming in that we could
 3          not handle all the issues that were coming
 4          up at the time.
 5   Q.     Had you been involved in creating the
 6          original timetable?
 7   A.     No, I had not.
 8   Q.     And, after you had this meeting with Ms.
 9          Little at lunch, do I understand correctly
10          that you never talked to her about this
11          again while she was your direct supervisor?
12   A.     It may have come up from time to time, but
13          I really had no -- very little interaction
14          with Ms. Little during the three-month
15          period of time.
16   Q.     She was new to the organization at the
17          time, correct?
18   A.     Well, she had been in the plant before, but
19          yes, she was new to -- I believe so.
20   Q.     And isn't it true that she was reorganizing
21          -- in the process of reorganizing the
22          department after she took over leadership
23          of the group?
24   A.     Yes, there was a major change in the
25          department shortly thereafter.
```

```
 1   Q.   And that's the change that included your
 2        saying you starting to report to Don
 3        Fowler, correct?
 4   A.   No.  The change occurred before that
 5        happened.
 6   Q.   So what is the change that you're referring
 7        to?
 8   A.   Where I started reporting to Don Fowler.
 9   Q.   Okay.  Let me try to understand.  Hansen
10        goes away, and Little comes in?
11   A.   Right.
12   Q.   Is there any immediate change in the rest
13        of the organization that you were part of?
14        I am not talking about the whole Shell
15        Chemical.
16   A.   No, I was not immediately part of it.
17        Initially when Ms. Little came in, there
18        was not -- there was talk of a
19        reorganization, but the reorganization
20        occurred after I was already reporting to
21        her.  Then that's when the reorganization
22        occurred.
23   Q.   Is it fair to say a few months after Ms.
24        Little became your supervisor, she
25        reorganized the department that you worked
```

```
 1        in?

 2   A.   Well, she -- she created a whole new

 3        department or -- or the company created a

 4        whole new department.  So I'm not sure

 5        that's a correct characterization.

 6   Q.   Before Tammy Little became your supervisor,

 7        were you in the Technology Department?

 8   A.   It didn't exist.

 9   Q.   So when did the Technology Department come

10        to exist?

11   A.   It became a department after the

12        reorganization.

13   Q.   The reorganization that Ms. Little made?

14   A.   Yes.

15   Q.   What department were you in prior to that

16        time?

17   A.   Control Systems Engineering.

18   Q.   And how many people were in Control Systems

19        Engineering?

20   A.   I don't recall exactly, but it is probably

21        in the neighborhood of 15 to 16.

22   Q.   Don Fowler was one of those people?

23   A.   Yes, he was.

24   Q.   Who -- and the leader at the time was Nancy

25        Hansen?
```

```
 1   A.    Yes.

 2   Q.    So what was different about the Technology

 3         Department from the Control Systems

 4         Engineering Department?

 5   A.    Well, there -- there was -- she

 6         incorporated or Ms. Little had other

 7         departments associated with her, not just

 8         Control Systems Engineering, so that the

 9         whole Technology Department essentially

10         assimilated every -- everybody in the whole

11         plant.  Engineering and staff wise was

12         under that department other than the wage

13         earners.  So it included mechanical

14         personnel, electrical personnel, several

15         different sections under Ms. Little, but

16         during the initial reorganization period,

17         she kept all the specialists reporting

18         directly to her until the time that she

19         kept the two other specialists, and I was

20         to report to Don Fowler.

21   Q.    Are you familiar with the term individual

22         contributor?

23   A.    Yes.

24   Q.    All right.  You were an individual

25         contributor when the department was first
```

```
 1          -- when Ms. Little first became your
 2          supervisor.  Is that fair to say?
 3   A.     That's fair to say.
 4   Q.     All right, and so was -- is it Bill Green?
 5   A.     Yes, correct.
 6   Q.     And Vance, Vance's last name is actually
 7          Grieshop, right, G-r-i-e-s-h-o-p?
 8   A.     That's correct.
 9   Q.     And so was Ed Patterson?
10   A.     I don't -- I think so.  Yeah, I think so,
11          yeah.
12   Q.     Chris Medina (phonetic)?
13   A.     I don't think she was a specialist.  I may
14          be wrong.
15   Q.     Robin Budell (phonetic)?
16   A.     I don't think she was a specialist.  I
17          think she ended up being group -- one of
18          the group leaders.  No.  The only other one
19          that could possibly have been a specialist
20          may have been Ed Patterson.
21   Q.     All right.  So then is it fair to say that
22          Ms. Little took the Process Engineering
23          Group?
24   A.     Let's say, also if I can clarify when I say
25          specialist, we're talking typically people
```

```
 1        at the Grade 2 level.
 2   Q.   Who do you think was at the Grade 2 level?
 3   A.   I think myself, Vance Grieshop, Bill Green,
 4        and also possibly Ed Patterson.
 5   Q.   You didn't ever get to Grade 2, did you?
 6   A.   I'm sorry.  Grade 3.  Excuse me.  Grade 3.
 7   Q.   Okay.  All right.  So Ms. Little takes the
 8        group that she is responsible for, and she
 9        puts everybody under the Technology
10        Department, right?
11   A.   Correct.
12   Q.   And it's the processing engineering folks,
13        the control systems engineering folks, the
14        process -- is it chemical folks, and the
15        PEI folks?
16   A.   I believe that is correct.
17   Q.   Basically four groups?
18   A.   I don't have access to those records, so I
19        think that sounds correct.
20   Q.   From what you remember?
21   A.   From what I remember that sounds pretty
22        close.
23   Q.   And is Kyle Cunningham in charge of the
24        Process Engineering Group?
25   A.   I believe that's correct.
```

```
 1   Q.    And Don Fowler is in charge of Control

 2         Systems Engineering?

 3   A.    Uh-huh.

 4   Q.    And Toby Norton (phonetic) is in charge of

 5         Process Chemical?

 6   A.    (Witness nods head.)

 7   Q.    Does that sound right?

 8   A.    Correct.  I'm sorry.  I'm head nodding.

 9   Q.    And Jeff Brown (phonetic) is in charge of

10         PEI?

11   A.    That's sounds correct.

12   Q.    So you go with Control Systems Engineering

13         reporting to Don Fowler?

14   A.    Not initially.

15   Q.    Okay.

16   A.    After this organization that we have just

17         laid out was established initially, myself,

18         Bill Green, and Vance Grieshop, and I'm not

19         sure about Ed Patterson reported directly

20         -- still reported directly to Tammy Little.

21   Q.    For how long?

22   A.    Maybe a month or so.

23   Q.    Okay.  After that month, you go to Control

24         Systems Engineering and Fowler?

25   A.    That's correct.
```

```
1   Q.    And don't Grieshop and Green go to Process
2         Engineering?
3   A.    No, they don't.
4   Q.    So what's your view of what they do?  You
5         think they stay directly reporting --
6   A.    Yes, I do.
7   Q.    And, did they tell you that?
8   A.    That is what Tammy Little told me.
9   Q.    Are you aware of them ever reporting to
10        anybody else who was a level below Tammy
11        Little?
12  A.    Are you talking about before or after the
13        reorganization?
14  Q.    I am talking about after the
15        reorganization.
16  A.    Initially I think -- initially I think they
17        did report to other individuals within
18        their groups.
19  Q.    What group were they in?
20  A.    Kyle Cunningham's group.
21  Q.    So how long do you think they remained
22        reporting directly to Tammy Little?
23  A.    I would think for at least two months if
24        not longer.
25  Q.    But after that period, they had another
```

173

1          layer between them and Tammy Little just

2          like you did?

3     A.   Yes, but not initially.

4     Q.   Did you consider the fact that they

5          reported directly to Tammy Little for a

6          couple of months longer than you did to be

7          a big deal?

8     A.   Yes, I considered it a big deal.

9     Q.   Why did you consider it to be a big deal?

10    A.   Because I considered that a slight.

11    Q.   Why?

12    A.   Because I was singled out, and the younger

13         engineers reported to Tammy little, and I

14         reported to another Supervisor.

15    Q.   And what did you think was bad about that?

16    A.   It was a direct level down.  Why was I

17         singled out to report to someone else when

18         they weren't?

19    Q.   But that singling out as you put it was

20         corrected within two months, correct?

21    A.   As far as I know, yes.

22    Q.   When did you move to a smaller office?  Was

23         that --

24    A.   In the same time frame.  I'm not sure about

25         the exact date, but it was sometime during

```
 1         the fall of '04.
 2    Q.   Is it fair to say that a number of people
 3         in these four groups moved offices?
 4    A.   I'm not sure that's a fair statement.  Most
 5         of the time when the supervisors went, they
 6         stayed where they were.  I don't think
 7         Vance Grieshop or Bill Green moved offices.
 8    Q.   Do you claim that you're the only one who
 9         switched offices?
10    A.   I don't claim that, no.
11    Q.   You acknowledge that other employees
12         switched offices as well?
13    A.   I have no knowledge of that.
14    Q.   Do you claim that the -- well, who told you
15         that your office was going to change?
16    A.   I think it was Tammy Little that told me
17         that, yeah.
18    Q.   Do you think that the decision to have you
19         switch offices had anything to do with your
20         age?
21    A.   I think so, yes.
22    Q.   Why?
23    A.   Because the first slight is because of Bill
24         Green and Vance Grieshop with the reporting
25         situation and because of in that very same
```

```
 1   Q.   In your mind --
 2   A.   He had already made reference to them
 3        before.
 4   Q.   Okay, but then you went on to say that you
 5        think that people at the facility have
 6        attitudes toward younger employees.  Is
 7        that -- tell me again what you said.
 8   A.   Toward older employees.
 9   Q.   Okay, and I'm trying to find out what you
10        mean by that.  Who are you talking about?
11   A.   Well, in specific I would think one
12        individual would be like Tammy Little
13        viewed the younger employees more -- in a
14        more favorable light than she did older
15        employees.  For instance, we used to have
16        technology quarterly meetings.  I was
17        trying to get access to those notes or the
18        agendas for those meetings, but during
19        those meetings, she always highlighted
20        younger people in those meetings as having
21        a certain amount of -- you know, giving
22        them credit during the start of the meeting
23        for accomplishing a particular item.  Never
24        once in those meetings spanning through
25        about a three-year period of time did she
```

```
 1        ever highlight any older person doing
 2        anything of note during the start of those
 3        meetings, and then the constant references
 4        that I had referred to me that came
 5        probably specifically from her was
 6        leadership flaw, and to me that's just
 7        another -- that's just another way of
 8        specifying that my attitudes and my
 9        motivations are not what younger people's
10        are, and that's just another language to me
11        for age discrimination.
12   Q.   Let's focus on that first thing.  You saw
13        references to leadership in communications
14        you got from other supervisors like Susanne
15        Karst or Don Fowler?
16   A.   No.  It was only Don Fowler, and of course,
17        it overlapped in Tammy Little.  Tammy
18        Little took special care even after I did
19        not report to her anymore to bring my -- my
20        first downgrade in performance to me
21        personally and give that to me in February,
22        March of '05, and that's when this
23        leadership started showing up in
24        performance reviews.
25   Q.   Did you think there was anything wrong with
```

```
 1   Q.    And did I understand you correctly that it
 2         is your opinion that the word leadership
 3         somehow ties to age discrimination?
 4   A.    That's my opinion, in particular the way it
 5         was used and what was referred to in terms
 6         of the volume of communication and how that
 7         communication was delivered that was not
 8         viewed as -- as they thought was
 9         appropriate, the people that were doing the
10         evaluations, but there was no corrective
11         action taken.  I was not asked if I would
12         like to attend any classes.  All I was done
13         for three years, I was just handed a
14         performance appraisal, never asked to
15         comment on it, never asked to have any
16         input on it, never asked if I could have a
17         transfer or -- or my career aspirations,
18         but the one good thing is I have some
19         personal experience -- personal experience
20         through the military, and I have gone
21         through a lot of evaluations, and I know
22         you always sign your evaluations.  I had to
23         sign all the performance counselings
24         statements I went through.  I never signed
25         any of those three documents.  I never
```

```
 1          agreed with them.  I never signed them, and
 2          so that is why I think the leadership was
 3          singled out as something that could be
 4          innocuously inserted as a potential cause
 5          for why my ratings were downgraded without
 6          looking at my true performance, my level of
 7          accomplishments in the plant and -- and
 8          from then on my accomplishments were not
 9          highlighted in terms of fairly significant
10          things that I had contributed to.
11     Q.   Do you think --
12     A.   In fact, I took a leadership course myself.
13          I sponsored -- the only class I was ever
14          given an opportunity, I signed myself up
15          for that.  It was a LSU class on supervisor
16          skills, and in there I learned one of the
17          definitions of -- of leadership that you
18          take care of the people that report to you,
19          and that was always my intent.  The people
20          that didn't report directly to me, but the
21          people I worked with in the field, I always
22          took care of them.  I always watched after
23          them.  That was not done for me.  So if --
24          if anyone is at fault here with leadership,
25          it would be the people that had leadership
```

```
 1   A.    That's the earliest -- earliest date I

 2         could qualify for a pension and full

 3         benefits.

 4   Q.    Okay.  I want to change the subject a

 5         little bit.  Do you claim that Shell

 6         Chemical ever asked you to do anything that

 7         was illegal?

 8   A.    No.

 9   Q.    Do you claim that you ever told Shell

10         Chemical that something that they were

11         doing was illegal?

12   A.    Not in so many words.

13   Q.    Do you claim that you ever told Shell

14         Chemical that you were planning to report

15         them to any governmental agency?

16   A.    No, I did not.

17   Q.    Do you claim that you ever told Shell

18         Chemical that you were going to provide

19         testimony in any kind of legal proceeding

20         involving the company?

21   A.    No, I did not.

22   Q.    Did you ever participate as a witness or in

23         any other capacity in an investigation

24         conducted by a governmental agency?

25   A.    No, I did not.
```

```
1    Q.   Did you ever refuse to perform any task
2         that you were assigned because you believed
3         it violated any kind of environmental law
4         or rule or regulation?
5    A.   No, I did not.
6    Q.   Did you ever go to the DEQ, Department of
7         Environmental Quality, or the EPA,
8         Environmental Protection Agency, and tell
9         them that you thought Shell Chemical was
10        violating any environmental law, rule, or
11        regulation?
12   A.   No, I did not.
13   Q.   Did you ever tell anybody at Shell Chemical
14        that you were going to do that?
15   A.   No, I did not.
16   Q.   Has anybody ever told you that you were
17        terminated because of your age?
18   A.   No, they have not.
19   Q.   Have you ever seen a document that says
20        that you were terminated because of your
21        age?
22   A.   I haven't seen a lot of documents.  No, I
23        have not.
24   Q.   Who was it that met with you to tell you
25        about the fact that your employment was
```

1       being terminated?

2   A.  No one met with me.  I was beeped out of a

3       meeting and taken to HR and then escorted

4       to Security and back to my office.

5   Q.  Who were you meeting with?

6   A.  Susanne Karst and Trimble, Ms. Trimble.

7   Q.  Jennifer Trimble?

8   A.  Jennifer Trimble.

9   Q.  All right.  I'm confused.  You were in a

10      meeting?

11  A.  Oh, I'm sorry.  No.  That was who I was

12      taken to.  That's who beeped me out of the

13      meeting.  I'm not sure.  I don't recall.

14      It was a very traumatic day.  I don't

15      recall exactly which meeting it was, but I

16      was beeped out of a meeting.  I remember

17      that.  Oh, it was a meeting that they --

18      where we were discussing a new compliance

19      analyzer that was required to be installed,

20      environmental compliance analyzer.

21  Q.  And, when you say, "beeped out," you know,

22      tell -- I think I know what you mean, but

23      tell me so I am sure.

24  A.  I had a Shell beeper that I carried with

25      me, and that went off during the meeting.

```
 1          I was told to come immediately to HR.
 2     Q.   And where did you go when you got to the
 3          Human Resources Department?
 4     A.   I went to Jennifer Trimble's office.  Well,
 5          there was a conference room off Jennifer
 6          Trimble's office.
 7     Q.   Kind of a little library kind of looking
 8          room?
 9     A.   Yes.
10     Q.   Who was in the room?
11     A.   Jennifer Trimble and Susanne Karst.
12     Q.   And you?
13     A.   And myself, yes.
14     Q.   And, which one of them told you that your
15          employment was being terminated?
16     A.   As I recall, I think it was Jennifer
17          Trimble.
18     Q.   Did she tell you that your employment was
19          being terminated because of your poor
20          performance?
21     A.   I don't recall the exact words.  She could
22          have, yeah.
23     Q.   Do you recall anything about the words she
24          used?
25     A.   Not really, no.
```

```
 1   Q.   She certainly didn't tell you that you were
 2        being terminated because of your age?
 3   A.   No, she didn't tell me that.
 4   Q.   Did she give you any kind of documentation
 5        about the reason for termination?
 6   A.   No, she did not.
 7   Q.   Did Susanne Karst ever make any statement
 8        about your age?
 9   A.   No.  She carried on with the same
10        leadership qualities plus she showed me a
11        chart very shortly before I was fired, and
12        she showed everybody on the chart, and I
13        was one -- well, I guess I was the lowest
14        person on the chart, and she said, these
15        people down here are the people that are
16        not susceptible -- they don't take change
17        well.  I don't remember exact words, but
18        the people on this group, they are not
19        adapting to change well.
20   Q.   Okay.  I'm going to ask you a little bit
21        more about that in a minute, but let me
22        make sure so the record is clear.  In all
23        of your discussions with Susanne Karst, did
24        she ever make any comment about your age?
25   A.   I'm not sure.  As I said you have probably
```

```
 1          gone over the correspondence more than I
 2          have, but I don't recall anything specific
 3          about my age other than, you know, about --
 4          the comments about leadership and the
 5          perception of my work, and, you know, how
 6          that emotion I guess, you know, I didn't
 7          have the right attitude type for how I was
 8          doing my work.
 9   Q.     Did she ever tell you that any of those
10          topics, leadership and the way you were
11          viewed and emotion were related to your
12          age?
13   A.     No, she did not.
14   Q.     In all your discussions with Jennifer
15          Trimble, did she ever say anything to you
16          about your age?
17   A.     No, she did not.
18   Q.     In all your discussions with Michelle
19          Hallmark, did she ever say anything to you
20          about your age?
21   A.     Well, I brought the subject up with
22          Michelle, and that's when I gave the
23          written statement to Susanne Karst, and
24          that's when Michelle Hallmark came and
25          talked to me about the harassment.
```

```
 1   Q.    Okay.  All right.  We'll come back to that.
 2         In all your discussions with Tammy Little,
 3         did she ever say anything to you about your
 4         age?
 5   A.    No, she did not.
 6   Q.    In your all discussions with Don Fowler,
 7         did he ever say anything to you about your
 8         age?
 9   A.    Not that I recall.
10   Q.    Did any manager ever make any comments to
11         you about your age?
12   A.    Not that I recall.
13   Q.    Is there any other employee that you
14         believe was terminated because of their
15         age?
16   A.    Yes, sir, the Environmental Manager we
17         discussed.
18   Q.    Anybody else?
19   A.    None that I know of.  I would like to have
20         those records, though.
21   Q.    What records?
22   A.    You know, the records of termination and
23         those who are being given packages right
24         now.
25   Q.    If you had a list of people who were being
```

```
 1        against you?
 2   A.   Yes, I do.
 3   Q.   Who do you claim retaliated against you?
 4   A.   Well, whatever the mechanism was for firing
 5        me, whoever was responsible for that.  I
 6        would think it would go up the line.
 7        Susanne Karst to Tammy Little, whoever is
 8        above her for some of the issues that I
 9        raised in terms of the -- the -- you know,
10        the manning position and also the issues I
11        raised on how the projects were reviewed as
12        well as other issues that I raised and
13        concerns, most of which were confirmed in
14        the QMI audit that was conducted by Global
15        Solutions.
16   Q.   Okay.  It's important for me to be able to
17        understand what this claim is.  So the
18        first point I want to focus on is who were
19        the retaliators.  Okay.  So you mentioned
20        Susanne Karst.  You mentioned Tammy Little.
21        Do you claim that these two ladies
22        retaliated against you?
23   A.   Yes, I made that claim.
24   Q.   Do you claim that anybody else retaliated
25        against you?
```

```
 1   A.   If I had additional documentation.  I'm

 2        just not aware of that, you know.  I don't

 3        have -- if I have additional information, I

 4        might -- might suggest others, but that is

 5        all the information I have.

 6   Q.   And the retaliatory act that you're

 7        claiming is the termination of your

 8        employment?

 9   A.   That is one of the retaliatory acts, but

10        the continued harassment, the lengthy work

11        list, the continued reappraisal of goals

12        and what constituted a completion of a

13        project that would put me in a better

14        performance situation, the continual

15        changes that were made there whenever I

16        achieved one goal, another goal was added.

17        In the middle of one working item, I was

18        given additional responsibilities.  Just

19        many -- many acts that made it impossible

20        -- interfered with my performance of my

21        job, made it impossible to -- to do my job

22        and to correctly take care of the analyzers

23        in the plant and provide the -- the

24        information that was needed to run the

25        plant, to monitor the plant from an
```

```
 1            environmental point of view and to -- and
 2            to safely take care of the employees that
 3            were working on the analyzers.
 4    Q.     When you say, "continued harassment," what
 5            do you mean?
 6    A.     I mean weekly type meetings interposed with
 7            performance discussions and written
 8            reminders, continued reappraisals of work,
 9            continued addition of work, continued
10            interference with work that I was trying to
11            perform and succeed with, and continued to
12            build a backlog of work that needed to be
13            done without -- without getting anyone to
14            help.
15    Q.     The meetings that you're talking about were
16            one-on-one meetings between you and your
17            supervisor?
18    A.     Typically.
19    Q.     And, the subject of these meetings is what
20            you were supposed to be doing and how you
21            were doing it?
22    A.     Well, and improve your performance or we'll
23            fire you.
24    Q.     Is that the words they used?
25    A.     Uh-huh, very similar.  That is when I first
```

```
 1        he went through an issue at his plant and
 2        because of age discrimination laws, he got
 3        an appraisal corrected, and he felt like he
 4        had -- because of the law, he had received
 5        fairer treatment.
 6   Q.   Let's talk about these discussions with the
 7        Diversity Council for the plant.  Were you
 8        ever on the Diversity Council?
 9   A.   Yes, I was.
10   Q.   When?
11   A.   That was, like, 1989 to 2001 I believe and
12        then another six months thereafter.  A
13        total of three years.
14   Q.   Okay.  I might have heard you wrong, but
15        you said '89 to 2000.
16   A.   Excuse me.  '98.  Excuse me.  '98.
17   Q.   Okay, and so when was the six-month
18        stretch, what year?
19   A.   Well, it was broken up when I was called up
20        for 9-11, and after that I went to finish
21        out my three-year tour.  So I went back for
22        another six months.
23   Q.   And when you were on the Diversity Council,
24        what kind of things did you-all do?
25   A.   We discussed all sorts of potential
```

```
 1         discriminatory actions in the plant.  You
 2         know, I think that was brought up by HR.
 3         We discussed -- we did a lot of training,
 4         learning to be receptive to those type of
 5         issues, learning how we could make the
 6         whole plant a better diverse community and
 7         how we could respect individuals for their
 8         differences.
 9    Q.   Wasn't that a primary focus of this
10         committee was awareness of the importance
11         of diversity?
12    A.   Yes.
13    Q.   And this -- this Diversity Council did not
14         review individual complaints that, hey, I
15         am being discriminated against?
16    A.   That's true, but they did have an avenue
17         into HR, and they could get a ruling from
18         HR.  That was the purpose.  What -- what I
19         wanted to know, what were the age
20         discrimination laws and what constituted
21         age discrimination as far as HR was
22         concerned.
23    Q.   So when you -- when you started feeling
24         like you were being discriminated against,
25         you said you talked to Mark Smith?
```

```
 1   A.   Mark Smith, correct.
 2   Q.   Is he the only person on the Diversity
 3        Council that you went to?
 4   A.   He is.
 5   Q.   And ball park for me when you went to see
 6        him.
 7   A.   I believe the date was February the 23rd.
 8   Q.   Of what year?
 9   A.   Of 2007.
10   Q.   And is that the only conversation you had
11        with Mark Smith?
12   A.   No.  I had -- he attempted -- afterwards,
13        he said he got no response, and so I went
14        and talked to him again.  He said he would
15        try again.  He finally came back in May and
16        said he had raised the issue with HR at
17        lease twice and got no response.
18   Q.   And what was it that you asked him to do in
19        February of 2007?
20   A.   To find out what constituted age
21        discrimination.
22   Q.   Weren't you going on the Internet and
23        looking that up already?
24   A.   Yes, but, I mean, if -- if it was there,
25        why wasn't -- I am responsible for
```

```
 1    A.    I think they're -- they're specified in our

 2          -- in our documents that we gave to the

 3          Equal Opportunity Employment Council --

 4          Opportunity Commission.

 5    Q.    Okay.  So now I want to talk about what --

 6          what did you do that you claim you were

 7          being retaliated against for?

 8    A.    Well, I believe as I said you asked me if I

 9          didn't try to find other ways within the

10          company of expressing my -- you know, or

11          you know, telling others of my age

12          discrimination, which I felt was age

13          discrimination.  I'm sorry.  Rephrase the

14          question, would you.

15    Q.    All right.  I'm trying to find out what you

16          did that you think caused people to

17          retaliate against you.

18    A.    Oh, the -- when I actually went to Mark

19          Smith, that's why one reason I didn't

20          attempt the other avenues also because what

21          was going through my mind there was

22          anything that identified in the climate

23          that was currently in the plant I felt like

24          could be used to -- to retaliate against

25          me.  So I used what avenues I thought would
```

```
 1        keep me from being retaliated against,
 2        which was go to the Diversity Council, try
 3        to get a better understanding of age
 4        discrimination and see where I felt like
 5        this was actually being done --
 6        implemented.  As I said, I did some
 7        searching myself on the Internet and talked
 8        to some friends about it, but you know, I'm
 9        not -- I'm not a professional.  So I needed
10        some professional guidance.
11   Q.   Okay.  Did you ever tell any of your
12        supervisors that you had gone to talk to
13        the Diversity Council to get information
14        about age discrimination?
15   A.   No, I don't believe I ever did.
16   Q.   All right, and -- and getting back to the
17        things that you did that you thought caused
18        people to retaliate against you, what was
19        it?
20   A.   Going ahead and talking to Mark Smith,
21        trying to get a better feel for age
22        discrimination.
23   Q.   And who do you think knew that you had gone
24        to talk to Mark Smith?
25   A.   Well, he had obviously talked to the HR rep
```

```
 1          or I'm assuming he did ask the HR rep for
 2          information at least twice.
 3   Q.     Do you have any reason to believe that in
 4          any discussion he had with HR that he
 5          mentioned your name?
 6   A.     I have no reason to believe that, but it
 7          did seem to logically follow after I made
 8          the comment then that is when I had the
 9          first conference with Susanne Karst.
10   Q.     When you say, "logically follow," okay, I
11          need to have you explain that to me.
12          You're saying you had the first
13          communication with Susanne Karst when?
14   A.     I believe that was early March I believe.
15          So it's 17 days after the 23rd of February.
16          I believe that was like March the 12th.
17   Q.     And, February 23rd, 2007, that's the day
18          you claim you talked to Mark Smith?
19   A.     That's the day I claim I talked to Mark
20          Smith.
21   Q.     And, how do you have any record of that?
22   A.     I put it in my notes.
23   Q.     Has anybody --
24   A.     I take -- let me take -- let me rephrase
25          that, and I'm not sure I started taking
```

```
 1          notes at that particular time, but what I
 2          did is I traced it back on my calendar,
 3          because I had gone to the process analyzer
 4          substation to meet with Mark Smith on,
 5          like, the 20 -- I believe it was the 21st
 6          of February, and as I recall I did place it
 7          in my notes, and I believe I talked to him
 8          on the 23rd of February.  That's the best
 9          of my recollection.
10    Q.    Okay.  Has anybody other than you made a
11          link between the timing of when you talked
12          to Mark and the timing of when Susanne had
13          her first discussion with you about your
14          performance?
15    A.    No.
16    Q.    And, is there anything other than the
17          passage of 17 days that leads you to
18          believe those two events are connected?
19    A.    No other information, no.
20    Q.    And, has anybody ever given you reason to
21          believe that Susanne Karst knew that you
22          talked to Mark Smith about age
23          discrimination materials?
24    A.    I -- I don't know.
25    Q.    I want to ask you about the witnesses that
```

```
 1   A.    Yeah.   No.

 2   Q.    Okay.   Bert Natalicchio -- Natalicchio?

 3   A.    Natalicchio, yeah.

 4              MR. McGOEY:

 5              I think, Miss Court Reporter, it's

 6         N-a-t-a-l-i-c-c-h-i-o or something

 7         close to that.

 8   BY MR. McGOEY:

 9   Q.    What do you think Bert knows?

10   A.    Well, Bert is the one that made the

11         statement that there -- there actually can

12         be Grade 2 individuals promoted at the

13         plant level.  He made that statement during

14         our spring network meeting as well he is --

15         I believe he has some knowledge about the

16         job that I applied for and -- and was

17         unsuccessful in getting at the Global

18         Solutions -- at Global Solutions.

19   Q.    Okay.  You contend that what Bert told you

20         about a Grade 2 position --

21   A.    That was in a public forum, yes.

22   Q.    Okay, that that conflicts with something

23         you had heard earlier from Tammy Little?

24   A.    Tammy Little said there would be no more

25         Grade 2 promotions at the plant level.
```

```
 1   Q.   Tell me when Tammy Little supposedly told
 2        you that.
 3   A.   When we were reviewing the document that I
 4        previously filled out with Nancy Hansen
 5        which outlined all my proficiencies and
 6        where I stood in the -- in my
 7        responsibilities, my job responsibilities,
 8        and that document was color coded.  You
 9        have a copy of that document that puts --
10        puts my level of performance in the Job 2
11        category, but when I first came to work for
12        Tammy Little, I mentioned that document to
13        her, and she asked that she would like to
14        have that document, and I said, "No, I'm
15        not going to give you that document."
16        Later on I made her a color copy of it
17        because it was in color, that is, the
18        notations were -- made were in color by
19        Nancy Hansen.  I gave her a copy of that,
20        but that's when she said that, you know,
21        there wouldn't be any more promotions to
22        job -- Job Grade Level 2 at the plant
23        level.
24   Q.   Have you produced a color copy of that to
25        us?
```

```
 1   A.    I believe we did.  If not --

 2   Q.    Do you have a color copy of it somewhere?

 3   A.    Yes, I do.

 4   Q.    Okay.  When Tammy made the comment, who was

 5         present?

 6   A.    Just the two of us.

 7   Q.    Where were you?

 8   A.    In her office.

 9   Q.    And this would have to go back to what

10         year?

11   A.    That was '04.

12   Q.    Okay.  Do you have any reason to believe

13         that she was lying to you when she made

14         that comment?

15   A.    I believe she was.

16   Q.    Okay.  Did you-all discuss any particular

17         Grade 2 position at the plant?

18   A.    Just my current position.

19   Q.    But you didn't have a Grade 2 position,

20         right?

21   A.    It wasn't coded that way, no.

22   Q.    It was a Grade 3 position, correct?

23   A.    Correct.

24   Q.    When did Bert make the comment that you

25         attribute to him?
```

```
 1   A.    In the Spring Analyzer Technical Network
 2         Committee Meeting.
 3   Q.    Of what year?
 4   A.    Of '08.  Excuse me.  Of '07, excuse me.
 5   Q.    So Bert's comment came three years after
 6         Tammy's comment?
 7   A.    Correct.
 8   Q.    And what did Bert say?
 9   A.    That there could be Grade 2 positions if
10         they were justified at the plant level.
11   Q.    Do you know how many Grade 2 positions
12         there were at Norco while you were there?
13   A.    In the technical ranks?
14   Q.    Uh-huh.
15   A.    I don't believe there were any.  I may be
16         wrong.  I'm not privy to this information.
17   Q.    Do you believe that Tammy Little told you
18         what she told you to cause you some kind of
19         harm?
20   A.    I wouldn't phrase it that way.  Just to
21         forever close the possibility that I would
22         ever make that Grade 2 position, which was
23         my career ambition.
24   Q.    What Grade 2 position did you want to get
25         to?
```

```
 1   A.   I wanted my position there to be coded

 2        according to the document that we went

 3        through -- that I went through with Nancy

 4        Hansen.  I wanted my current position to be

 5        graded as a Grade 2.

 6   Q.   What's your understanding of what would

 7        have to take place for a position to be

 8        regraded?

 9   A.   Justification that an individual was

10        performing at that -- at that level.

11   Q.   And where does your understanding of that

12        come from?

13   A.   From the document that I reviewed with

14        Nancy Hansen.

15   Q.   Do you know of any analyzer specialists who

16        are Grade 2?

17   A.   Yes.

18   Q.   Who?

19   A.   Fusheng Wang was a Grade 2.

20   Q.   Do you know of any other analyzer

21        specialists that were Grade 2?

22   A.   Not in Shell that I know of, except the one

23        that was overseas.  There was another Grade

24        2 position that was overseas that I also

25        wanted to apply for, but it was given to
```

```
 1        someone else.
 2   Q.   Fusheng Wang was not working at a plant,
 3        correct?
 4   A.   That's correct.
 5   Q.   He was in the Global Services organization?
 6   A.   That's correct.
 7   Q.   And he had responsibilities related to
 8        analyzers at multiple facilities, correct?
 9   A.   That's correct.
10   Q.   And, he was the guy with the expertise that
11        all the people like you at each facility
12        would come to see?
13   A.   That's correct.
14   Q.   Can't you and I agree that he was in a
15        higher level position than you were?
16   A.   Certainly, but he was in there for as long
17        as he wanted to stay in there.  So the
18        position was locked up.  It was not a
19        possibility.
20   Q.   Do you have any idea what his age is?
21   A.   I believe he's probably about 62 or 63.
22   Q.   So he is older than you?
23   A.   Yes.
24   Q.   The person in the position that you wanted
25        was older than you?
```

```
 1           the factors up to the correct level.
 2    Q.    How many inspectors and how many hourly
 3           people?
 4    A.    As I recall, you know, in the neighborhood
 5           of -- of two inspectors, and I don't know,
 6           in the neighborhood of four or five
 7           technicians.  As I said I don't have the
 8           audit.  I was not able to get a copy of the
 9           audit.
10    Q.    Now, what is it that you think was added to
11           the final report that was critical of you?
12    A.    Well, there's some other networking checks.
13           You remember I told you the QMI audit is
14           only one check on the grand sheet.  The
15           other checks judge a plant's analyzer
16           performance, and there's some additional
17           comments thta were made that certain things
18           weren't timely done.  I believe that's the
19           way it referred to it, and it wasn't a
20           serious implication, but nonetheless, it
21           had been added onto the primary objective
22           of the audit.  That concerned me.
23    Q.    And, if -- and if things related to the
24           analyzers had not timely been done, that
25           would have been things that were within
```

```
 1        your sphere of responsibility?
 2   A.   If -- if I had the time to do them,
 3        correct.
 4   Q.   So can we agree that there were things
 5        related to analyzers that had not timely
 6        been done?
 7   A.   I think we can agree on that, yes.  There
 8        were small items, but that's one reason I
 9        thought it was kind of nitpicky.
10   Q.   What were the things that the audit
11        mentioned had not been done?
12   A.   I don't recall them specifically, but I'd
13        be more than happy to go through it.
14   Q.   Okay.  Let's circle back to witnesses.
15        Mark Smith.  Do you think he knows anything
16        other than the discussions you had with him
17        where you were asking him to go to the
18        Diversity Council and get information on
19        age discrimination?
20   A.   Other than maybe some hall conversations on
21        age discrimination, I don't think so.
22   Q.   Well, tell me about the hall conversations.
23   A.   I'm not sure he took part in them.  We did
24        have some hall conversation about age
25        discrimination, particularly when the
```

```
 1          Yeah, there were multiple authors in the

 2          book.  Each author had a chapter.

 3    Q.    And what person or organization put this

 4          book out?

 5    A.    Instrument Society of America.

 6    Q.    All right.  I think I was about to ask you

 7          about a leave that you were granted to care

 8          for your mother.

 9    A.    Yes.

10    Q.    If I understand correctly, that was from

11          November 20th of 2007 until February 20th

12          of 2008?

13    A.    Those dates sound about right.

14    Q.    And is it fair to say that shortly prior to

15          that in October or November of 2007 you had

16          taken vacation and personal leave of about

17          ten additional days?

18    A.    Prior to that?

19    Q.    Yes.

20    A.    I think that's correct.  I can't dispute

21          it.

22    Q.    Was your mother ill in this November 20th,

23          2007, to February 20th, 2008, time frame?

24    A.    Yes, she was diagnosed with congestive

25          heart failure.
```

```
 1  Q.   And she was in North Carolina?

 2  A.   Correct.

 3  Q.   Was the company understanding of your

 4       request for time?

 5  A.   Yes, particularly Jennifer Trimble.  It was

 6       probably about the first time I was treated

 7       with dignity or respect of any sort during

 8       the whole time frame.  I expressed thanks

 9       to her for her attitude.  First time I felt

10       like a human being, you know, for that.

11  Q.   And this was after you had submitted a

12       letter about the way that you were being

13       treated by Susanne Karst, correct?

14  Q.   Correct.  I've submitted several letters,

15       so yeah, that was probably not that long

16       after that.

17  Q.   And it was -- you made this request after

18       you were already on a performance

19       improvement plan, correct?

20  A.   I would imagine so, yes.

21  Q.   And after you had gotten a written reminder

22       from Mr. Karst?

23  A.   Yes.

24  Q.   Even after you had been given a

25       decision-making leave, correct?
```

```
 1   A.   Yes.

 2   Q.   After you came back from the leave, had Ms.

 3        Karst returned from her special assignment?

 4   A.   I believe she had or if she hadn't, she

 5        returned shortly thereafter.

 6   Q.   Did you meet with her about what you needed

 7        to be doing?

 8   A.   I believe we did have another meeting.

 9   Q.   And did she give you a timetable where she

10        wanted you to try to get things

11        accomplished by a certain date?

12   A.   Well, we had several time frame tables

13        before that.  I'm not sure if there was a

14        specific timetable associated right after I

15        got back from family leave, but I'm certain

16        there are documents, you know, that could

17        attest to that.

18   Q.   Okay.  I'm going to show you some

19        additional documents.  The first one I'm

20        going to show you, I'll mark as "Exhibit

21        4."  It has got a Bate's Stamp on it of

22        Hardy 700.  So this is something I got from

23        you guys.  (Counsel hands document to

24        counsel and witness.)  Is this the letter

25        that you referred to earlier that you
```