UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM HARDY | * | CIVIL ACTION |
| versus | * | NO. 09-3189 |
| SHELL OIL COMPANY AND SHELL CHEMICAL LP | * | SECTION "I" |
| | * | MAGISTRATE 4 |

**DECLARATION OF MICHELLE HALLMARK**

1.

I, Michelle Hallmark, am an adult resident of Calgary, Alberta, Canada. I am in all respects competent to testify to the matters stated herein, and I make this declaration based on my personal knowledge.

2.

I am currently employed as a Human Resources Account Manager by Shell Canada Limited. Shell Canada Limited is affiliated with the multi-national energy company commonly referred to in the United States as "Shell."

3.

Like Shell Canada Limited, Shell Oil Products U.S. and Shell Chemical LP are also affiliated with Shell.

816847_1.DOC

EXHIBIT "D"

4.

Prior to April 16, 2007, I was employed by Shell Oil Products U.S. as a human resources representative at the Shell Chemical plant in Norco. In that position, I supported the Shell Chemical department in which William Hardy worked.

5.

In an April 3, 2007 letter to his supervisor, Susanne Karst, Mr. Hardy made reference to an "accusatory and hostile work environment." Ms. Karst reported these allegations to me and provided me with a copy of the letter. On the following day, April 4, 2007, I met with Mr. Hardy about the allegations in his April 3 letter to Ms. Karst. When I asked Mr. Hardy to explain his reference to an "accusatory and hostile work environment," he stated that he may have "used the wrong words" and that he might have been "overly sensitive" to feedback about his work, but that was how he felt. When I asked him why he felt that way, Mr. Hardy responded that he was never complimented on his work and only heard about "the bad things." I asked Mr. Hardy about his work environment, and he confirmed that he felt comfortable at work, although it was stressful.

6.

Mr. Hardy's letter also made reference to the perception of his performance relative to younger colleagues being mentioned. During our meeting, I asked Mr. Hardy to explain this statement as well. Mr. Hardy showed me a sentence in his 2006 performance evaluation stating "He is a grade three specialist and his peers include Bill Green and Vance Grieshop in Technology and other specialists in the plant." Mr. Green and Mr. Grieshop are two Shell employees who are younger than Mr. Hardy, but in the same job grade level as Mr. Hardy under Shell's job classification system. I did not believe that this statement was evidence of age

discrimination because all Shell employees, regardless of their age, are compared to their grade level peers under Shell's performance evaluation system.

7.

Based on my meeting with Mr. Hardy, I concluded that there was no evidence of any unlawful discrimination or harassment, but I provided coaching to Ms. Karst regarding her interaction with Mr. Hardy and counseled Ms. Karst to support Mr. Hardy in his efforts to improve his performance. The attached email reflects the coaching that I provided to Ms. Karst.

8.

As a follow-up to Mr. Hardy's comment that his work environment was stressful, I provided Mr. Hardy with information about Lifeworks, Shell's employee assistance program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at Calgary, Alberta, Canada, this 14 day of January, 2010.

*Michelle Hallmark*
Michelle Hallmark

816847_1.DOC                                3

Hallmark, Michelle E SOPUS-DHP/4611

From: Hallmark, Michelle E SOPUS-DHP/4611
Sent: Wednesday, April 04, 2007 6:13 PM
To: Karst, Susanne W SCC
Cc: Little, Tammy N SCC-DMG/84
Subject: Bill Hardy Follow-Up

Hi Susanne,

As follow-up to our discussion, no further investigation is required regarding Bill Hardy's letter. However, I do want you to follow-up with him and make sure he knows that you support him in improving his performance and that you believe he can if he will work with you on the performance improvement plan. You want him to be successful because it also reflects on you as a manager. Listen to his concerns even if you can't make promises. Remove obstacles where you can and let him know that you will do that if he will help you understand what it is that he needs. Continue to work on the performance improvement plan because he still needs to understand that we have expectations relevant to his job, and he needs to meet them. I think he is willing to do this. Let me know if you have any questions. Thanks.


Michelle Hallmark

Norco Human Resources
15536 River Road, Norco LA, 70079
CAB 196 Red Friday
Tel: +1 504 465 7283
Fax: +1 504 465 6311
Email: michelle.hallmark@shell.com
Internet: http://www.shelloilproductsus.com/

Note: This electronic communication and all attachments may contain PRIVILEGED and/or CONFIDENTIAL INFORMATION. Any dissemination, copying, or use of this information by or to anyone other than the designated recipients(s) is unauthorized. If you have received this communication in error, please contact the sender and delete this message and any copy of it. Thank you for your cooperation.

SC 00503