Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


WILLIAM HARDY                    CIVIL ACTION

VERSUS                           NO. 09-3189

SHELL OIL COMPANY AND            SECTION 1
SHELL CHEMICAL LP


          Deposition of Vance Grieshop, 141
Villere Drive, Destrehan, Louisiana 70047, taken
in the offices of Liskow & Lewis, One Shell
Square, 701 Poydras Street, Suite 5000, New
Orleans, Louisiana 70139, on Thursday, the 7th
day of January, 2010.


APPEARANCES:


        DAN M. SCHEUERMANN, ESQ.
        600 America Street
        Baton Rouge, Louisiana 70802

           ATTORNEYS FOR PLAINTIFF



        LISKOW & LEWIS
        (By: Thomas J. McGoey, II, Esq.)
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139

           ATTORNEYS FOR DEFENDANT

EXHIBIT
"E"

Page 4

1                    S T I P U L A T I O N

2

3            It is stipulated and agreed by and

4    between counsel for the parties hereto that the

5    deposition of the aforementioned witness is

6    hereby being taken for all purposes allowed

7    under the Federal Rules of Civil Procedure, in

8    accordance with law, pursuant to notice;

9            That the formalities of reading,

10   signing, sealing, certification and filing are

11   specifically waived;

12           That all objections, save those as to

13   the form of the question and the responsiveness

14   of the answer, are hereby reserved until such

15   time as this deposition, or any part thereof,

16   may be used or sought to be used in evidence.

17               *    *    *    *    *    *

18           BARBARA A. BURGER, Certified Court

19   Reporter, in and for the State of Louisiana,

20   officiated in administering the oath to the

21   witness.

22

23

24

25

Page 70

1    the young people -- I'm sorry, how are the

2    inexperienced engineers doing, which she did by

3    name, and how was Kyle doing as far as a manager

4    with those engineers.

5        Q.    Would she drop in and discuss issues

6    with these people?

7        A.    I do not know.  I can say that she

8    dropped in to see how they were doing but I

9    don't know what conversations took place.

10       Q.    Would this include Bill Green?

11       A.    Yes.

12       Q.    What was your IPF after the new

13   performance system was started during the period

14   '04 to '07?

15       A.    I have no idea.  It was above a 1 but

16   I do not know the number.

17       Q.    And being above a 1 what does that

18   indicate?

19       A.    I'm doing well.

20       Q.    Have you received any awards or

21   recognition from Shell during the period '04 to

22   '07?

23       A.    I have received numerous awards since

24   I've worked for Shell and I do not know the

25   timing of them, but I believe strongly I had

Page 101

```
 1    concluded).

 2

 3

 4              REPORTER'S CERTIFICATE

 5

 6         I, BARBARA A. BURGER, Certified Court

 7    Reporter, do hereby certify that the above-named

 8    witness, after having been first duly sworn by

 9    me to testify to the truth, did testify as

10    hereinabove set forth;

11         That the testimony was reported by me

12    in shorthand and transcribed under my personal

13    direction and supervision, and is a true and

14    correct transcript, to the best of my ability

15    and understanding;

16         That I am not of counsel, not related

17    to counsel or the parties hereto, and not in any

18    way interested in the outcome of this matter.

19

20

21

22

23

24              BARBARA A. BURGER

25            Certified Court Reporter
```

OFFICIAL SEAL
BARBARA ANN BURGER
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 86156
Certificate expires 12-31-10